PROB 12C
(7/93)

Report Date: September 9, 2010

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 1 0 2010

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John Lindstrom                 Case Number: 2:07CR00003-002

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 01/23/2008

| | |
|---|---|
| Original Offense: | Distribution of a Mixture or Substance Containing a Detectable Amount of Cocaine, A Schedule II Controlled Substance, 21 U.S.C. § 841(a)(1), (b)(1)(c) |
| Original Sentence: | Prison - 26 Months; TSR - 36 Months |
| Asst. U.S. Attorney: | Aine Ahmed |
| Defense Attorney: | Amy Rubin |

Type of Supervision: Supervised Release

Date Supervision Commenced: 11/27/2009

Date Supervision Expires: 11/26/2012

---

### PETITIONING THE COURT

#### To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: John Lindstrom violated conditions of his supervised release by being arrested for city assault-domestic violence, on or about July 31, 2010, in Spokane, Washington, in violation of the general condition that he not commit another Federal, state, or local crime.

According to an incident report filed by Spokane Police officers, John Lindstrom, on or about July 31, 2010, assaulted Thomas Lindstrom, the offender's brother, by intentionally touching and/or striking said person in an offensive and/or unlawful manner, and/or by intentional act created in said person, reasonable apprehension and/or fear of bodily injury.

On August 2, 2010, John Lindstrom appeared in Spokane Municipal Court and the matter was dismissed without prejudice.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
**Re:  Lindstrom, John**
**September 9, 2010**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _09/09/2010_

_s/Tommy Rosser_

Tommy Rosser
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

_9/9/10_
Date